**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DONALD P. BOUDREAUX** | * | **NO:  17-01542-BAJ-EWD** |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **LEXINGTON INSURANCE COMPANY** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## CORPORATE DISCLOSURE STATEMENT

**MAY IT PLEASE THE COURT**:

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Lexington Insurance Company, a non-governmental corporate party in the above-referenced matter, submits the following Corporate Disclosure Statement:

1. Lexington Insurance Company is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of AIUH LLC, which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Respectfully Submitted,

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL, ESQ. (12063)
Email:      rsiegel@glllaw.com
TUCKER T. BOHREN, ESQ. (37039)
Email:      tbohren@glllaw.com
**GIEGER, LABORDE & LAPEROUSE, LLC**
One Shell Square, Suite 4800
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile:      (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via ECF, facsimile, electronic means, and/or U.S. mail, postage prepaid and properly addressed, this 7th day of February, 2018.

*s/Robert I. Siegel*
ROBERT I. SIEGEL