UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| 17-cv-01541-BAJ-RLB | Betz et al v. Lexington Insurance Company |
| 17-cv-01542-BAJ-EWD | Boudreaux v. Lexington Insurance Company |
| 17-cv-01543-BAJ-EWD | Carrier v. Lexington Insurance Company |
| 17-cv-01544-BAJ-RLB | Lockett et al v. Lexington Insurance Company |
| 17-cv-01545-SDD-RLB | McDowell v. Lexington Insurance Company |
| 17-cv-01617-JWD-RLB | McCaleb et al v. Lexington Insurance Company |

**O R D E R**

The Court having determined that the above-captioned cases present common questions of law and fact;

**IT IS ORDERED THAT** the above cases are hereby consolidated for discovery purposes only with Civil Action No. 17-1542-BAJ-RLB and reassigned to Chief Judge Brian A. Jackson and Magistrate Judge Erin Wilder-Doomes.  Counsel shall review Local Rule 10(b) for procedure governing consolidated cases.

Signed in Baton Rouge, Louisiana, this <u>7th</u> day of February, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____
JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA